| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Grimm, Paul W. | 2. Court or Organization<br><br>U.S. District Court, District of Maryland | 3. Date of Report<br><br>04/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (active status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Chambers 465A U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Shemer Bar Review, lecturer | $4,600.00 |
| 2. 2017 | ABA-MD Discovery Problems Solutions, royalties | $198.56 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Dietician-Communicare |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI | 07/26-07/29 | Santa Fe, NM | CLE Employment Law Conference | travel expenses |
| 2. | Rhode Island State Court | 09/15 | Providence, RI | Rhode Island State Judicial Conference | travel expenses |
| 3. | Vanderbilt University Law School | 10/12-10/13 | Nashville, TN | Vanderbilt Law Review Symposium | travel expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank accounts | A | Interest | K | T | Redeemed (part) | 06/26/17 | K | | |
| 2. AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3. Fidelity Government Cash Reserves Roth (formerly Cash Reserve) | A | Dividend | J | T | | | | | |
| 4. Fidelity Government Cash Reserves Roth (formerly Cash Reserve) | A | Dividend | J | T | | | | | |
| 5. T Rowe Price Government Money | A | Dividend | L | T | | | | | |
| 6. IRA - MORGAN STANLEY (#1) (H): | | | | | | | | | |
| 7. - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 8. -IShares S&P 500 Growth ETF | A | Dividend | J | T | Sold (part) | 11/08/17 | J | B | |
| 9. | | | | | Sold (part) | 12/18/17 | J | A | |
| 10. -IShares S&P 500 Value ETF | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 11. | | | | | Sold (part) | 12/18/17 | J | A | |
| 12. -IShares S&P Mid-Cap 400 V ETF | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 13. | | | | | Sold (part) | 12/18/17 | J | A | |
| 14. -Oppenheimer Large Cap Revenue | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 15. -Powershares S&P 500 Low Volatility ETF | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 16. | | | | | Sold (part) | 12/18/17 | J | A | |
| 17. -SPDR Bbg Barclays 1-3 Month-B | A | Dividend | | | Sold | 11/06/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 19. | | | | | Sold (part) | 12/18/17 | J | A | |
| 20.   -American Century Emerging Markets I | A | Dividend | J | T | Sold (part) | 11/08/17 | J | C | |
| 21. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 22.   -Baron Small Cap Institutional | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 23. | | | | | Sold (part) | 12/18/17 | J | A | |
| 24.   -Cohen & Steers Real Assets I | A | Dividend | | | Sold | 08/15/17 | J | A | |
| 25.   -Goldman Sachs Strategic Income I | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 26. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 27.   -Goldman Sachs Absolute Return Tracker | A | Dividend | J | T | Sold (part) | 11/08/17 | J | B | |
| 28. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 29.   -Janus Henderson International Opportunity | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 30. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 31.   -Neuberger Berman Core Bond Inst | A | Dividend | K | T | Buy (add'l) | 11/08/17 | K | | |
| 32. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 33.   -Prudential Jennison Mid Cap Growth Z | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 34. | | | | | Sold (part) | 12/18/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Prudential Absolute Return Bond Z | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 37. -Royce Opportunity Inv | A | Dividend | J | T | Sold (part) | 11/08/17 | J | B | |
| 38. | | | | | Sold (part) | 12/18/17 | J | A | |
| 39. -Touchstone Sands Capital Select Growth Y | B | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 40. | | | | | Sold (part) | 12/18/17 | J | A | |
| 41. -Wisdomtree Mgd Futures Strat | | None | J | T | Buy | 08/15/17 | J | | |
| 42. | | | | | Sold (part) | 11/08/17 | J | A | |
| 43. -Abbey Cptl Futures Strategy I | | None | J | T | Buy | 12/18/17 | J | | |
| 44. -Lord Abbett Total Return | | None | K | T | Buy | 12/18/17 | K | | |
| 45. IRA - MORGAN STANLEY (#2) (H): | | | | | | | | | |
| 46. -IShares S&P Mid Cap 400 Index | A | Dividend | | | Sold (part) | 08/16/17 | J | A | |
| 47. | | | | | Sold | 08/23/17 | J | A | |
| 48. -SPDR S&P 500 ETF Trust | A | Dividend | K | T | Sold (part) | 03/02/17 | J | B | |
| 49. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 50. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 51. -Schwab U.S. Large Cap Value | A | Dividend | | | Sold (part) | 03/07/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/25/17 | J | B | |
| 53. -Schwab US Mid Cap ETF | A | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 54. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 55. -Vanguard Russell 1000 Value ETF | A | Dividend | L | T | Buy (add'l) | 05/02/17 | J | | |
| 56. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 57. -Vanguard Index Funds S&P 500 ETF | A | Dividend | L | T | Buy (add'l) | 11/06/17 | K | | |
| 58. -Vanguard S&P Mid Cap 400 ETF | A | Dividend | | | Buy | 04/26/17 | J | | |
| 59. | | | | | Sold | 08/09/17 | J | | |
| 60. -S&P 500 Index | A | Dividend | | | Buy | 04/27/17 | J | | |
| 61. | | | | | Sold | 08/24/17 | J | A | |
| 62. -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | K | T | Buy (add'l) | 09/06/17 | J | | |
| 63. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 64. -Vanguard Mid Cap ETF | A | Dividend | K | T | Buy | 09/20/17 | K | | |
| 65. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 66. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 67. IRA - MORGAN STANLEY (#3) (H): | | | | | | | | | |
| 68. -Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Eaton Vance Tax Mg By-WR | B | Dividend | J | T | | | | | |
| 70. -IShares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 71. -IShares IBoxx Invest Grade Corp Bond | A | Dividend | J | T | | | | | |
| 72. -Powershares S&P 500 High Dividend | A | Dividend | J | T | | | | | |
| 73. -SPDR Barclays Convertible | A | Dividend | J | T | | | | | |
| 74. -SPDR S&P Dividend | A | Dividend | J | T | | | | | |
| 75. -Voya Global Advantage | B | Dividend | K | T | | | | | |
| 76. -AB High Income Adv | A | Dividend | J | T | | | | | |
| 77. -Goldman Sachs Strategic Income | A | Dividend | J | T | | | | | |
| 78. -Janus Henderson Global Income | A | Dividend | K | T | | | | | |
| 79. -Principal Preferred Sec Inst. | A | Dividend | J | T | | | | | |
| 80. -Prudential Absolute Return Bond Z | A | Dividend | J | T | | | | | |
| 81. IRA - MORGAN STANLEY (#4) (H): | | | | | | | | | |
| 82. -Synchrony Bank 1.5% CD | | None | J | T | Buy | 11/07/17 | J | | |
| 83. -Bank of China NY City 1.05% CD | | None | J | T | Buy | 11/07/17 | J | | |
| 84. -Wells Fargo Sioux Falls 1.00% CD | A | Interest | J | T | Buy | 11/07/17 | J | | |
| 85. -Ally Bank Midvale 1.35% CD | A | Interest | J | T | Buy | 11/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MS Bank 1.90% CD | | None | J | T | Buy | 11/07/17 | J | | |
| 87. -Capital One 1.25% CD | | None | J | T | Buy | 11/07/17 | J | | |
| 88. -Goldman Sachs 5.5% CD | A | Interest | J | T | Buy | 11/07/17 | J | | |
| 89. Exelon Corporation stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3 & 4:  Fidelity Cash Reserve:  name change to Fidelity Government Cash Reserve.

Part VII, line 20:  American Century Emerging Markets Inv:  name change to American Century Emerging Markets I.

Part VII, line 29:  Henderson International Opportunity:  name change to Janus Henderson International Opportunity.

Part VII, line 78:  Henderson Global Income:  name change to Janus Henderson Global Income.

Part VII, line 89:  Exelon Corporation stock:  Value was below threshold in 2016, exceeded minimum threshold in current year.

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544